UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 5:06CR60 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JACKIE CARL SCARBERRY, JR., | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's Motion to Amend Detention Order (document #27) filed by the Defendant, Jackie Scarberry, on June 4, 2007. In the motion, Mr. Scarberry requests that the Court amend its previously entered detention order to add the recommendation that he participate in the Jail-Based Inpatient Treatment Program (JBIT).

For good cause shown, and given also that the government does not oppose the motion, the Court will grant the motion.

**IT IS THEREFORE ORDERED** that the Defendant's Motion to Amend Detention Order is granted.

**IT IS FURTHER ORDERED** that the order of detention in the Defendant's case be amended to add the Court's recommendation that the Defendant participate in the Jail-Based Inpatient Treatment Program.

Signed: June 18, 2007

David C. Keesler
United States Magistrate Judge