# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| JACKIE CARL SCARBERRY, JR. | Case Number: DNCW505CR000012-001 |
| | DNCW506CR00060-001 |
| | USM Number: 19976-058 |
| | Defendant's Attorney: Peter Adolf |

**THE DEFENDANT:**

| X | admitted guilt to violation of condition(s) 1, 2, 3 & 4 of the term of supervision. |
|---|---|
|   | Was found in violation of condition(s) count(s) _____ After denial of guilt. |

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following violations(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Drug/alcohol use | 6/4/09 |
| 2 | Failure to comply with a program of drug testing | 6/18/09 |
| 3 | Failure to make required court payments | 6/9/2009 |
| 4 | Failure to report to probation officer as instructed | 6/18/09 |

The Defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, United States v. Booker, 125 S.Ct. 738 (2005), and 18 U.S.C. § 3553(a).

| X | Violation Numbers 5, 6 & 7 in the addendum are dismissed without prejudice. |
|---|---|

**IT IS ORDERED** that the Defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay monetary penalties, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence: September 21, 2009

Signed: September 28, 2009

Richard L. Voorhees
United States District Judge

Defendant: JACKIE CARL SCARBERRY, JR.  Judgment-Page 2 of 2
Case Number: DNCW505CR000012-001 & DNCW506CR00060-001

**IMPRISONMENT**

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>THIRTEEN (13) MONTHS</u>.

___     The Court makes the following recommendations to the Bureau of Prisons:

_X_     The Defendant is remanded to the custody of the United States Marshal.

___     The Defendant shall surrender to the United States Marshal for this District:

        ___   as notified by the United States Marshal.

        ___   at___a.m. / p.m. on ___.

___     The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ___   as notified by the United States Marshal.

        ___   before 2 p.m. on ___.

        ___   as notified by the Probation Office.

**RETURN**

I have executed this Judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

                                            _____
                                            United States Marshal

                      By:   _____
                              Deputy Marshal